```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 22714
   BRENDA DEVAUL PAYNE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4668

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 08/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/29/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG    52266.80            .00          52266.80
LITTON LOAN SERVICING    MORTGAGE ARRE    20757.47            .00          20757.47
COOK COUNTY TREASURER    SECURED               .00            .00               .00
AMERICAN PREMIER HOLDING UNSECURED        NOT FILED           .00               .00
CAPITAL ONE BANK         UNSECURED          175.91            .00            175.91
DEPAUL UNIVERSITY        UNSECURED        NOT FILED           .00               .00
FIRST PREMIER BANK       UNSECURED        NOT FILED           .00               .00
MONTEREY FINANCIAL       UNSECURED        NOT FILED           .00               .00
PRIME CO                 UNSECURED        NOT FILED           .00               .00
PROVIDIAN  MASTERCARD    UNSECURED        NOT FILED           .00               .00
PROVIDIAN                UNSECURED        NOT FILED           .00               .00
ROBERT A SWANSON         UNSECURED        NOT FILED           .00               .00
LITTON LOAN SERVICING    COST OF COLLE      550.00            .00            550.00
BEST ENDODONTICS OF EVAN UNSECURED          535.74            .00            535.74
CAPITAL ONE BANK         UNSECURED          299.17            .00            299.17
CAPITAL ONE BANK         UNSECURED          218.83            .00            218.83
JOHN D IOAKIMIDIS        DEBTOR ATTY        894.00                           894.00
TOM VAUGHN               TRUSTEE                                           4,408.24
DEBTOR REFUND            REFUND                                            1,632.09

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              81,738.25

PRIORITY                                     .00
SECURED                                73,574.27
UNSECURED                               1,229.65
ADMINISTRATIVE                            894.00
TRUSTEE COMPENSATION                    4,408.24
DEBTOR REFUND                           1,632.09

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22714 BRENDA DEVAUL PAYNE
```

```
                                    ---------------      ---------------
TOTALS                                    81,738.25            81,738.25
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```